(October 16, 1936.)

AMERICAN BULB COMPANY, INC., and Others, Appellants, v. WILLIAM SPIWAK and Another, Defendants, and POSWIL REALTY CORPORATION, Respondent.— Motion to resettle order of this court dated June 19, 1936, denied, without costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOHN T. BARTLEY, JAMES A. BARTLEY, WILLIAM J. BARTLEY and ROSE A. HAYES, Respondents, v. EDWARD L. BARTLEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Carswell, Davis, Johnston and Adel, JJ., concur; Lazansky, P. J., not voting.

COUNTY OF NASSAU, Plaintiff, v. CITY OF LONG BEACH, CHARLES GOLD and Others, Constituting the Council of the City of Long Beach, and Another, Respondents; ALVIN S. HUTCHINSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CHARLES J. FISHER, JR., by MARY E. FISHER, His Guardian ad Litem, Respondent, v. SAMUEL POTTER BARTLEY and HENRY W. DANGLER, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOSEPH FISHER, Appellant, v. LEHIGH AND NEW ENGLAND RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JAMES A. GILLIES and Others, Appellants, v. ORIENTA BEACH CLUB and ORIENTA REALTY CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOHN K. HETHERINGTON, as Trustee in Bankruptcy of STUYVESANT DISTILLING CORPORATION, Respondent, v. JOHN J. CUSICK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title Wherever the Same Has Not Been Heretofore Acquired for the Purpose of Establishing Thereon a Public Beach to All Land and Land under Water Not Heretofore Acquired by The City of New York from Jacob Riis Park to Beach Second Street, Rockaway, Queens County, etc. In re Application of CHARLES S. NOYES and Others, for an Order Ascertaining and Determining the Person and/or Persons Entitled to Receive the Award Made in Respect to Damage Parcel 480 in the Above Proceeding, and/or Any Part or Parts Thereof. MEYER BLUMBERG, Appellant; CHARLES S. NOYES, MORRIS STADLER and ISIDORE WITKIND, Respondents — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Petition of DAVID W. KEEN to Be Exempted and Discharged from Arrest and Imprisonment, Pursuant to the Provisions of the Debtor and Creditor Law. PINCUS HERSCHKOWITZ, Appellant; DAVID W. KEEN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to

appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LEON MOSHKOW, an Attorney and Counselor at Law. In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LEON NECKRITZ, an Attorney and Counselor at Law.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of VITO PETRINO, Appellant, for an Order of Mandamus against Hon. JACOB GOULD SCHURMAN, as Chief City Magistrate of the City of New York, Respondent.— Motion to resettle order of this court dated December 27, 1935, denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of SARAH WAINWRIGHT and BANK OF NEW YORK AND TRUST COMPANY, as Executors, etc., of STUYVESANT WAINWRIGHT, Deceased, for the Period from November 3, 1930, to February 8, 1935. In the Matter of the Application of SARAH WAINWRIGHT and BANK OF NEW YORK AND TRUST COMPANY, as Trustees under the Last Will and Testament of STUYVESANT WAINWRIGHT, Deceased. STUYVESANT WAINWRIGHT and Others, Appellants; SARAH WAINWRIGHT and BANK OF NEW YORK AND TRUST COMPANY, as Executors of and Trustees under the Last Will and Testament of STUYVESANT WAINWRIGHT, Deceased, and Others, Respondents.— The motion to resettle the order of this court dated July 2, 1936, is referred to the court that rendered the decision on the appeal. [See ante, p. 336.] Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ. The motion is granted upon consent. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

JOMARC CONSTRUCTION CORPORATION, Plaintiff, v. JOSEPH S. CHIAPPETTI, Defendant, and VILLAGE OF LARCHMONT, Respondent, THE LARCHMONT NATIONAL BANK AND TRUST COMPANY and FRANKLIN BROOKS, as Receiver of THE LARCHMONT NATIONAL BANK AND TRUST COMPANY, Appellants, and Others, Defendants. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

LIZZIE LANDRI, as Executrix, etc., of EMANUELA VILLANO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE LARCHMONT NATIONAL BANK AND TRUST COMPANY, Respondent, v. ZEBULON HOLDING CORPORATION and Others, Defendants, and V. ANN DEVLIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

YVONNE ALEXANDRINE LEBARON, Respondent, v. AUGUSTE BARTOLI, EDMOND MARANDEAU and MARC DAMY, as Ancillary Administrators with the Will Annexed of the Goods, Chattels and Credits of FRANCOIS COTY, Deceased, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 782.] The following question is certified: Was the motion of the defendants properly denied? Lazansky, P. J., Carswell, Davis and Johnston, JJ., concur; Adel, J., not voting.